**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANGELA MILLER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-cv-0023 |
| | : | |
| THOMAS JEFFERSON UNIVERSITY | : | |
| HOSPITAL, RICHARD GOSSAR, CAROL | : | |
| STAFFIERI, MARIAN FEIL, and THOMAS | : | |
| JEFFERSON UNIVERSITY | | |
| Defendants. | | |

**ORDER**

AND NOW, this 15th day of November, 2012, upon consideration Defendant Thomas Jefferson University's Motion for Summary Judgment (Doc. No. 22), Defendant Carol Staffieri's Motion for Summary Judgment (Doc. No. 23), Defendant Marian Feil's Motion for Summary Judgment (Doc. No. 24), Plaintiff's Response thereto (Doc. No. 27), and Defendants' Reply in further support thereof (Doc. No. 30), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motions for Summary Judgment are GRANTED and Summary Judgment is hereby entered in favor of Defendants and against Plaintiff on all of the Counts of the Amended Complaint in no amount.

BY THE COURT

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.